

# NUMBER 13-24-00393-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF J.J.G.

## ON APPEAL FROM THE 449TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Benavides**

This matter is before the Court on appellant's amended motion to dismiss appeal. Appellant requests dismissal due to no final, appealable order being entered as well as a change to the underlying facts and circumstances which render the appeal moot.

The Court, having considered the motion, is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the amended motion to dismiss is granted, and the appeal is hereby dismissed. All costs will be waived, as

appellant is indigent. Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
22nd day of August, 2024.